In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-508 CR


____________________



QUINCY JAMES ALPOUGH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95332






MEMORANDUM OPINION


 On September 10, 2007, the trial court sentenced Quincy James Alpough on a
conviction for unlawful possession of a firearm by a felon. Alpough filed a notice of appeal
on October 2, 2007. The trial court entered a certification of the defendant's right to appeal
in which the court certified that this is a plea-bargain case and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's
certification to the Court of Appeals.

 On October 15, 2007, we notified the parties that we would dismiss the appeal unless
the trial court filed an amended certification within thirty days of the date of the notice and
made it a part of the appellate record. See Tex. R. App. P. 37.1. The trial court has not
supplemented the record with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered November 28, 2007

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.